APRIL 21, 1976

IN THE MATTER OF BENNETT. (Docket No. 58220.) The petition for interim suspension filed on behalf of the Judicial Tenure Commission is considered and the same hereby is denied. The motion by respondent for oral argument is considered, and the same hereby is denied. *Brian J. McMahon,* Executive Director and General Counsel, Michi-

gan Judicial Tenure Commission, petitioner. *Earl Warren Bennett, in propria persona,* respondent.